# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eleni Mavrakis,<br><br>        *Plaintiff,*<br><br>v.<br><br>The TJX Companies, Inc., et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 24-5772 |

## ORDER

**AND NOW**, this 17th day of June 2025, upon consideration of Defendant Marmaxx Operating Corp.'s Motion for Summary Judgment (ECF No. 20), and Mavrakis's Response (ECF No. 25), it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.